UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| GOLDEN WEST TELECOMMUNICATIONS COOPERATIVE, INC.; BRIDGEWATER CANISTOTA INDEPENDENT TELEPHONE COMPANY; VIVIAN TELEPHONE COMPANY; JAMES VALLEY COOPERATIVE TELEPHONE COMPANY; NORTHERN VALLEY COMMUNICATIONS, LLC; MIDSTATE COMMUNICATIONS, INC.; MIDSTATE TELECOM, INC.; SIOUX VALLEY TELEPHONE COMPANY; VALLEY TELECOMMUNICATIONS COOPERATIVE ASSOCIATION, INC.; VENTURE COMMUNICATIONS COOPERATIVE, INC.; WEST RIVER COOPERATIVE TELEPHONE COMPANY; SOUTH DAKOTA NETWORK, LLC; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. 06-3023<br><br>ORDER OF ASSIGNMENT |
|       Plaintiffs, | ) ) | |
|   vs. | ) ) | |
| ONVOY, INC. and TRANS NATIONAL COMMUNICATIONS INTERNATIONAL, INC. | ) ) ) ) | |
|       Defendants, | ) ) | |
| and | ) ) | |
| GLOBAL CROSSING TELECOMMUNICATIONS, INC.; | ) ) ) | |
|       Defendant and<br>      Third-Party Plaintiff, | ) ) ) | |
|   vs. | ) ) | |
| EXPRESS COMMUNICATIONS, INC., ALLIANCE COMMUNICATIONS COOPERATIVE, INC.; BERESFORD MUNICIPAL TELEPHONE COMPANY; INTERSTATE TELECOMMUNICATIONS COOPERATIVE, INC.; KENNEBEC TELEPHONE COMPANY, INC.; MCCOOK COOPERATIVE TELEPHONE COMPANY; SPLITROCK PROPERTIES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|       Third-Party Defendants. | ) | |

Judge Charles B. Kornmann has recused himself from this case.  It is hereby

ORDERED that the above-entitled case is assigned to Chief Judge Karen E. Schreier.

IT IS FURTHER ORDERED that the motion to consolidate this case with Civ. 06-4221 (Docket 45) is granted.  Civ. 06-4221 shall be considered the lead case in this action.

Dated February 5, 2007.

                        BY THE COURT:

                        /s/ *Karen E. Schreier*
                        KAREN E. SCHREIER
                        CHIEF JUDGE